THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SARA R. ROBINSON (State Bar No. 147437)
Assistant United States Attorney
CAROLINE M. BURGUNDER (State Bar No. 217330)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585/8805
    Facsimile: (213) 894-5900/7819
    Email: Sara.Robinson@usdoj.gov
           Caroline.M.Burgunder@usdoj.gov

Attorneys for Federal Defendants United States of America, Keith Boden, Thomas Jankowski and David M. Hawkes

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EPHRAIM TEKLE, | No. CV-01-03894-RSWL (SHx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | Honorable Ronald S. W. Lew |
| Defendants. | |

On April 14, 2009, the Court and the Jury simultaneously heard Plaintiff's claims brought pursuant to *Bivens* and the Federal Tort Claims Act ("FTCA"). The trial concluded on April 20, 2009, and the Jury was instructed to decide Plaintiff's *Bivens* claims. The FTCA claims were left for the Court to decide. The Court, having now heard and considered all evidence and arguments set forth in this trial, and in accordance with the Order Re: The Court's Findings of Facts and Conclusions of Law filed on May 8, 2009,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
2  is hereby entered in favor of Defendant United States of America.

4  May 26, 2009

/ s / _____
Honorable Ronald S. W. Lew
Senior, United States District Court Judge