GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB (State Bar No. 137909)
Assistant United States Attorney
CAROLINE M. BURGUNDER (State Bar No. 217330)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423/8805
    Facsimile: (213) 894-7819
    Email: Keith. Staub@usdoj.gov
          Caroline.M.Burgunder@usdoj.gov

Attorneys for Federal Defendant David M. Hawkes

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPHRAIM TEKLE,<br><br>    Plaintiff,<br><br>        v.<br><br>DAVID M. HAWKES,<br><br>    Defendant. | No. CV-01-03894-RSWL (SHx)<br><br>**ORDER TO DISMISS ACTION** |

    This court, having read and accepted the parties' Stipulation to Dismiss Action, ORDERS AS FOLLOWS:

    The court dismisses the entire action, with prejudice, with all parties to bear their own costs and attorney's fees. All parties agree to waive all past and future appeals.

Date: January 6, 2010

                  / s /
                  Honorable Ronald S. W. Lew
                  Senior, U.S. District Court Judge