JS - 6

1 GEORGE S. CARDONA
   Acting United States Attorney
2 LEON W. WEIDMAN
   Assistant United States Attorney
3 Chief, Civil Division
   KEITH M. STAUB (State Bar No. 137909)
4 Assistant United States Attorney
   CAROLINE M. BURGUNDER (State Bar No. 217330)
5 Assistant United States Attorney
       Room 7516 Federal Building
6      300 North Los Angeles Street
       Los Angeles, California 90012
7      Telephone: (213) 894-7423/8805
       Facsimile: (213) 894-7819
8      Email: Keith. Staub@usdoj.gov
             Caroline.M.Burgunder@usdoj.gov
9
   Attorneys for Federal Defendant David M. Hawkes
10

11              UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 EPHRAIM TEKLE,                    )  No.  CV-01-03894-RSWL (SHx)
                                     )
14      Plaintiff,                   )
                                     )
15           v.                      )  **ORDER  TO DISMISS ACTION**
                                     )
16 DAVID M. HAWKES,                  )
                                     )
17      Defendant.                   )
                                     )
18 _____  )

19

20      This court, having read and accepted the parties' Stipulation to Dismiss

21 Action, ORDERS AS FOLLOWS:

22      The court dismisses the entire action, with prejudice, with all parties to bear

23 their own costs and attorney's fees.  All parties agree to waive all past and future

24 appeals.

25

26 Date: January 6, 2010            / s /
                                   _____
27                                 Honorable Ronald S. W. Lew
                                   Senior, U.S. District Court Judge
28